# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH DAKOTA

# CENTRAL DIVISION

FILED
APR 15 2008

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR. 99-30001(01) |
| Plaintiff, | * | |
| | * | REPORT AND RECOMMENDATIONS |
| -vs- | * | CONCERNING ADMISSIONS TO |
| | * | SUPERVISED RELEASE REVOCATION |
| STEPHEN HARRISON, | * | PETITION AND ORDER OF DETENTION |
| Defendant. | * | |

The above-captioned matter came on before the Court on the 15th day of April, 2008, pursuant to the standing order of designation entered by the active District Judges of this District and 18 U.S.C. §3401(i). Plaintiff, United States of America, appearing through counsel, Mikal G. Hanson, Assistant United States Attorney, of Pierre, South Dakota, and Defendant, Stephen Harrison, appeared personally and with his court-appointed counsel, Al Arendt, of Pierre, South Dakota. At the hearing, Defendant advised the Court that he wished to waive his right to a detention hearing and consent to detention. Defendant thereafter admitted that he had previously been placed on supervised release, that the allegations set forth in Paragraphs 1 and 2 of the Petition to Revoke Supervised Release, Docket No. 42, were true and that he had violated the terms and conditions of his supervised release. After examining Defendant, the Court found that his admissions were knowingly and voluntarily made and that a factual basis existed for the same. Based on the foregoing, the Court

RECOMMENDS that Defendant's admissions be accepted, that his supervised release be revoked and that a dispositional hearing be held pursuant to 18 U.S.C. §3583(e).

There being no objection from Defendant or counsel, it is hereby

ORDERED that a supplemental presentence investigation report shall be forthwith prepared by the United States Probation Office. It is further

ORDERED that Defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in an appropriate corrections/detention facility pending the holding of his dispositional hearing or until further order of a judicial officer of this District.

Dated this 15th day of April, 2008, at Pierre, South Dakota.

**BY THE COURT:**

_____
**MARK A. MORENO**
**UNITED STATES MAGISTRATE JUDGE**

ATTEST:
JOSEPH HAAS, CLERK
BY: _____
        Deputy
(SEAL)

**NOTICE**

**Failure to file written objections to the within and foregoing Report and Recommendations for Disposition within ten (10) days from the date of service shall bar an aggrieved party from attacking such Report and Recommendations before the assigned United States District Judge. See 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b).**